```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
```

**UNITED STATES OF AMERICA**   \*   **CRIMINAL ACTION**

**VERSUS**   \*   **NO. 02-078**

**JEANNETTE MAIER, ET AL.**   \*   **SECTION "B"**

<u>ORDER</u>

Considering the Motion of Michael Henry to Intervene and for Immediate Access to Public Records Filed Under Seal (Rec. Doc. No. 320),

**IT IS ORDERED** that the Motion to Intervene (Rec. Doc. No. 320) is **DENIED** as baseless and frivolous. Release of the records at issue to Defendants in the above-captioned matter has already been authorized (*see* Rec. Doc. No. 217, pg. 3 of 14). Moreover, Record Documents 200, 209, 217, 221, 240, and 243 were released publicly by the Court's unsealing order issued in January 2003 (*see* Rec. Doc. 264).

New Orleans, Louisiana, this 2nd day of June, 2010.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE